Barbara Johnson, Appellee, v. Trust Company of Chicago, Administrator of Estate of Richard A. Barrett, Deceased, Appellant.

Gen. No. 45,359. 

 

 Hinshaw & Culbertson, for appellant; Oswell G. Treadway, of counsel; Joseph Barbera, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed June 13, 1951; released for publication July 30, 1951.

Stanton Rose, Appellee, v. Fred Plotke, Appellant.

Gen. No. 45,380. 

 

 James W. Breen, for appellant; Alfred F. Beck, of counsel; John R. Hackett, for appellee; William S. Jacob, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed June 18, 1951; rehearing denied June 29, 1951; released for publication July 30, 1951.